

U.S. Department of Justice

Eastern District of California
United States Attorney

*McGregor W. Scott*
*United States Attorney*

*501 I Street, Suite 10-100*                       *916/554-2700*

*Sacramento, California  95814*                *Fax 916/554-2900*
                                               *TTY 916/554-2855*


December 7, 2005


Honorable Dale A. Drozd
U. S. Magistrate Judge
501 I Street
Sacramento, California   95814

    Re:  United States v. Haley Kenzy Stockdale, Jr.
        Magistrate # 05-115-DAD
        <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Drozd:

    There was filed before you, on April 21, 2005, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Indiana and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                      Very truly yours,

                        McGREGOR W. SCOTT
                      United States Attorney

                      By <u>/S/ THOMAS E. FLYNN</u>
                         THOMAS E. FLYNN
                      Assistant U.S. Attorney


IT IS SO ORDERED:

DATED: December 7, 2005.

                      */s/ Dale A. Drozd*
                      DALE A. DROZD
Ddad1/orders.criminal/stockdale0115.ord  UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MAGISTRATE NO. 05-115-DAD |
| | ) | |
| v. | ) | |
| | ) | |
| HALEY KENZY STOCKDALE JR | ) | |
| | ) | |
| Defendant(s). | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on <u>December 7, 2005</u> she served a copy of the attached:

Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

    Federal Defender's Office

    United States Marshal's Office

                                                /S/ Patsy Silva
                                                   Patsy Silva